AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ninfo, II, John C. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - WDNY | 3. Date of Report<br><br>12/31/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U.S. Bankruptcy J | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1400 U.S. Courthouse<br>100 State Street<br>Rochester, New York 14614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Credit Abuse Resistance Education Corp., a 501(c)(3) not-for-profit, founded by person reporting ("CARE") |
| 2. | Board Member | Friends of Ganondagan (a 501(c)(3), not-for-profit - supports activities at Ganondagan, a NYS Native American Historic site in Victor, NY |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2011 JAN -9 A 9: 35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankrupcy Institute | 10/13/11-10/14/11 | Tampa, Florida | Luncheon - Featured CARE Speaker | Airfare, Hotel, Meals, Ground Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank (NYS) | Home equity loan (not secured by personal residence) | J |
| 2. | Citibank (NYS) | Home equity loan (not secured by personal residence) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  HSBC Checking Account | A | Interest | J | T | | | | | |
| 2.  Pittsford Federal Credit Union | A | Interest | M | T | | | | | |
| 3.  HSBC Checking Account | A | Interest | J | T | | | | | |
| 4.  Pitsford Federal Credit Union | A | Interest | J | T | | | | | |
| 5.  HSBC Checking Account | A | Interest | J | T | | | | | |
| 6.  Charter One Bank Checking/Savings | | None | J | T | | | | | |
| 7.  Greece Federal Credit Union | | None | J | T | | | | | |
| 8.  RPSS Cust 403-B Plan Oppenheimer Funds | | | | | | | | | See Section VIII |
| 9.  - Global Fund Class B | A | Dividend | J | T | | | | | |
| 10.  - Strategic Income Fund A | A | Dividend | J | T | | | | | |
| 11.  - SmallCap Value Fund B | A | Dividend | J | T | | | | | |
| 12.  - Global Fund A | A | Dividend | J | T | | | | | |
| 13.  - Value Fund B | A | Dividend | J | T | | | | | |
| 14.  - Mainstreet Small Cap Fund A | A | Dividend | J | T | | | | | |
| 15.  - Mainstreet Small Cap Fund B | A | Dividend | J | T | | | | | |
| 16.  - Limited-Term Government Fund A | A | Dividend | J | T | | | | | |
| 17.  - Limited-Term Government Fund B | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Money Market Fund, Inc. | A | Dividend | J | T | | | | | |
| 19. - Developing Markets Fund | A | Dividend | J | T | | | | | See Section VIII |
| 20. Merrill Lynch - Custodian Account (Equities) | | | | | | | | | |
| 21. - Comcast Corp. New CLA | A | Dividend | J | T | | | | | |
| 22. - Emerson Elec Co. | A | Dividend | J | T | | | | | |
| 23. - General Electric | A | Dividend | J | T | | | | | |
| 24. - Home Pptys of New York REIT | A | Dividend | J | T | | | | | |
| 25. - Johnson and Johnson - Com | A | Dividend | J | T | | | | | |
| 26. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 27. - Paychex Inc. | A | Dividend | J | T | | | | | |
| 28. - Pepsico Inc. | A | Dividend | J | T | | | | | |
| 29. - Procter Gamble | A | Dividend | J | T | | | | | |
| 30. - Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 31. - Walgreen Co. | A | Dividend | J | T | | | | | |
| 32. - BIF Money Fund | A | Dividend | J | T | | | | | |
| 33. UBS Financial Services, Inc. (IRA) | | | | | | | | | |
| 34. - UBS Bank USA | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Advisor Small Cap Value Fund Class A | A | Int./Div. | K | T | | | | | |
| 36. - Fidelity Advisor New Insights Fund Class A | A | Int./Div. | M | T | | | | | |
| 37. - Henderson Global Investors Intl Opportunities Fund A | A | Int./Div. | K | T | | | | | |
| 38. - Fidelity Advisors Floating Rate High Income Fund Class A | D | Int./Div. | M | T | | | | | |
| 39. UBS Financial Services, Inc. (Reporter) | | | | | | | | | |
| 40. - Rochester FD Municipals Class A | D | Int./Div. | L | T | | | | | |
| 41. UBS Financial Services Inc. (Joint) | | | | | | | | | |
| 42. - Rochester FD Municipals Class A | D | Int./Div. | L | T | | | | | |
| 43. Estate #1 (X) | | | | | Closed | 02/01/11 | | | |
| 44. - JP Morgan Chase Bank (X) | A | Interest | J | T | | | | | |
| 45. - JP Morgan Chase Bank (X) | A | Interest | K | T | | | | | |
| 46. Estate #2 (X) | | | | | Closed | 02/01/11 | | | |
| 47. - JP Morgan Chase Bank (X) | A | Interest | J | T | | | | | |
| 48. - JP Morgan Chase Bank (X) | A | Interest | L | T | | | | | |
| 49. - UBS Financial Services, Inc. (X) | | | | | | | | | |
| 50. --RMA Money Market (X) | A | Interest | L | T | | | | | |
| 51. --American Express Cent UTUS (CD) (X) | B | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --BMW Bank NA UT US (X) | B | Interest | L | T | | | | | |
| 53.  Trust #1 (X) | | | | | Closed | 02/01/11 | | | |
| 54.  - UBS Financial Services, Inc. (X) | | | | | | | | | |
| 55.  --USB Bank USA (X) | B | Interest | N | T | | | | | |
| 56.  --Midfirst Bank OK US (CD) (X) | B | Interest | L | T | | | | | |
| 57.  --Citibank NA VE NU US (CD) (X) | B | Interest | L | T | | | | | |
| 58.  Trust #2 (X) | | | | | Closed | 02/01/11 | | | |
| 59.  -UBS Financial Services, Inc. (X) | | | | | | | | | |
| 60.  --UBS Bank USA (X) | A | Interest | K | T | | | | | |
| 61.  --Wilmington Trust Co. DE US (CD) (X) | B | Interest | L | T | | | | | |
| 62.  --BMW Bank NA UT US (CD) (X) | B | Interest | L | T | | | | | |
| 63.  --Barclays Bank DE US (CD) (X) | B | Interest | L | T | | | | | |
| 64.  --American Express Cent. UT US (CD) (X) | B | Interest | L | T | | | | | |
| 65.  --Discover Bank DE US (CD) (X) | B | Interest | L | T | | | | | |
| 66.  --Bank of America NA NC US (CD) (X) | B | Interest | L | T | | | | | |
| 67.  --GE Money Bank UT US (CD) (X) | B | Interest | L | T | | | | | |
| 68.  --World Financial PP OH US (CD (X) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UBS Financial Services Inc. | | | | | | | | | See Section VIII |
| 70. - Fidelity Advisor Leveraged Company Stock Fund Class A | A | Int./Div. | K | T | | | | | |
| 71. - Fidelity Advisor New Insights Funds Class A | A | Int./Div. | L | T | | | | | |
| 72. - Rochester FD Municipals Class A | D | Int./Div. | M | T | | | | | |
| 73. - O'Connor Fund of Funds Multi Strategy | B | Int./Div. | M | T | | | | | |
| 74. - Fidelity Advisor Floating Rate High Income Fund Class A | C | Int./Div. | L | T | | | | | |
| 75. - Discover Bank DE US Fixed Rate CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VI:

The home equity loans are NOT secured by reporting person's personal residence. As part of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the reporting person deeded his interest ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The two home equity loans listed in that section remain a personal liability, however, of the reporting person, even though there is sufficient equity in the residence to insure the repayment of the loans which are to be made ▓▓▓▓▓▓▓▓

Section VII:

Investment #8 - shows purchases to report that additional shares of each investment are automatically purchased every two weeks from September through June in specific dollar amounts.

Investment #19 - rebalanced portfolio (see note for Investment #8).

Investments #69 (Encompasses #70-#75): These investments were purchased by Reporter with funds inherited from the Estates and Trusts closed in February 2011. Reporter was the Executor and Trustee only of those Estates and Trusts, which is why they were reported in 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Ninfo, II, John C. | 12/31/2011 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544